IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:16-CR-191-1FL

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| | ) | |
| v. | ) | **REASSIGNMENT ORDER** |
| | ) | |
| MANFRED ELZIE MILLER, | ) | |
| Defendant. | ) | |

At the direction of the court, and for the continued efficient administration of justice, the above-captioned case is reassigned to the Honorable Malcolm J. Howard, Senior United States District Judge, for all further proceedings. United States District Judge Louise Wood Flanagan is no longer assigned to the case. **All future documents shall reflect the revised case number of 5:16-CR-191-1H.**

SO ORDERED. This the 20th day of September, 2016.

*/s/ Julie Richards Johnston*
Julie Richards Johnston
Clerk of Court