IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
NO. 5:16-CR-191-H

UNITED STATES OF AMERICA       :
                               :
          v.                   :
                               :
MANFRED ELZIE MILLER           :

**ORDER OF FORFEITURE**

Pursuant to the entry of a plea of guilty by the defendant, Manfred Elzie Miller, on November 7, 2016 to violations of 18 U.S.C. §§ 1951 and 2113(a), and further evidence of record and as presented by the Government, the Court finds that the United States is now entitled to a money judgment against the defendant in the amount of $1,258.90, pursuant to 18 U.S.C. § 981(a)(1)(C) and Fed. R. Crim. P. 32.2(b)(1)(A).

It is hereby ORDERED, ADJUDGED, and DECREED:

Based upon the defendant's guilty plea, and further evidence of record and as presented by the Government,

JUDGMENT is hereby entered against the defendant for the amount forfeitable, specifically, $1,258.90 currency, which amount, when and if recovered, is forfeited to the United States for disposition in accordance with the law; and

2. Any and all forfeited funds shall be deposited by the U. S. Department of Justice or the U. S. Department of the

Treasury, as soon as located or recovered, into the U. S. Department of Justice's Assets Forfeiture Fund or the U. S. Department of the Treasury's Assets Forfeiture Fund in accordance with 28 U.S.C. § 524(c) and 21 U.S.C. § 881(e).

Upon sentencing and issuance of the Judgment and Commitment Order, the Clerk of Court is directed to incorporate a reference to this Order and Judgment of Forfeiture in the applicable section of the Judgment, as required by Fed. R. Crim. P. 32.2(b)(4)(B). In accordance with Fed. R. Crim. P. 32.2(b)(4)(A), this Order shall be final as to the defendant at sentencing.

SO ORDERED. This 13th day of February 2017.


MALCOLM J. HOWARD
Senior United States District Judge

2